# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JOHN PAUL BURNETT,** | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO. 2:23-CV-528-RAH-CSC |
| **MARION COUNTY JAIL,** | ) |
| **Defendant.** | ) |

## ORDER

Before the court is the Magistrate Judge's Report and Recommendation entered September 17, 2023, transferring this action to the United States District Court of the Northern District of Alabama. (Doc. 5.)  The Plaintiff has filed no objections to this Recommendation.  After an independent and *de novo* review of the Recommendation, *see* 28 U.S.C. §636(b), it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and this case is TRANSFERRED to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1406(a).

DONE, on this the 23rd day of October 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE